B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Frazer/Exton Development, LP**
                                        Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chester Cty. Econ Dev. Counsel<br>737 Constitution Drive<br>Exton, PA 19341 | Chester Cty. Econ Dev. Counsel<br>737 Constitution Drive<br>Exton, PA 19341 | | | 1,250,000.00 |
| Citizens Bank<br>International Division<br>20 Cabot Road<br>Medford, MA 02155 | Citizens Bank<br>International Division<br>20 Cabot Road<br>Medford, MA 02155 | 15 S. Bacton Hill Rd.<br>Frazer, PA | Disputed | 1,424,745.00<br>(0.00 secured) |
| Commonwealth of Pennsylvania<br>Dep of Community and Economic Dev.<br>c/o MacElree Harvey, Ltd.<br>17 West Miner Street, P.O. Box 660<br>West Chester, PA 19381 | Commonwealth of Pennsylvania<br>Dep of Community and Economic Dev.<br>c/o MacElree Harvey, Ltd.<br>West Chester, PA 19381 | 15 S. Bacton Hill Road<br>Frazer, PA | | 789,502.00<br>(0.00 secured) |
| East Whiteland Township<br>209 Conestoga Road<br>Frazer, PA 19355 | East Whiteland Township<br>209 Conestoga Road<br>Frazer, PA 19355 | | | 2,719,697.00 |
| EPA-Hazardous Substance Superfund<br>P.O. Box 979076<br>Saint Louis, MO 63197 | EPA-Hazardous Substance Superfund<br>P.O. Box 979076<br>Saint Louis, MO 63197 | | | 1,164,814.69<br>(0.00 secured) |
| First National Bank of Chester County<br>9 North High Street<br>P.O. Box 523<br>West Chester, PA 19381 | First National Bank of Chester County<br>9 North High Street<br>P.O. Box 523<br>West Chester, PA 19381 | 15 South Bacton Hill Road<br>Frazer, PA | Disputed | 1,488,292.00<br>(0.00 secured) |
| Golder Associates<br>3730 Chamblee Tucker Road<br>Atlanta, GA 30341 | Golder Associates<br>3730 Chamblee Tucker Road<br>Atlanta, GA 30341 | | | 190,525.76 |
| Philadelphia Suburban Water Company<br>Aqua Pennsylvania Inc.<br>762 West Lancaster Avenue<br>Bryn Mawr, PA 19010 | Philadelphia Suburban Water Company<br>Aqua Pennsylvania Inc.<br>762 West Lancaster Ave.<br>Bryn Mawr, PA 19010 | | Disputed | 2,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Frazer/Exton Development, LP  
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Roskamp Management Company, LLC<br>1226 North Tamiami Trail, Ste. 301<br>Sarasota, FL 34236 | Roskamp Management Company, LLC<br>1226 North Tamiami Trail, Ste. 301<br>Sarasota, FL 34236 | | | 3,415,707.00 |
| Sovereign Bank<br>c/o James W. Hennesey, Esquire<br>Dilworth Paxon<br>1500 Market Street, Ste. 3500 E.<br>Philadelphia, PA 19102 | Sovereign Bank<br>c/o James W. Hennesey, Esquire<br>Dilworth Paxon<br>Philadelphia, PA 19102 | 15 S. Bacton Hill Road<br>Frazer, PA - Loan | Disputed | 32,244,671.02<br><br>(0.00 secured) |
| Sustainable Resources Group<br>440 Creamery Way, Ste. 150<br>Exton, PA 19341 | Sustainable Resources Group<br>440 Creamery Way, Ste. 150<br>Exton, PA 19341 | | | 1,714,520.45 |
| West Whiteland Township<br>101 Commerce Drive<br>Exton, PA 19341 | West Whiteland Township<br>101 Commerce Drive<br>Exton, PA 19341 | | | 549,143.00 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Frazer/Exton Development, LP**                                    Case No. _____

Debtor(s)                                      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Frazer/Exton Development, LP of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 18, 2011**                        Signature  **/s/ Daniel Sevick**
                                                          **Daniel Sevick**
                                                          **Frazer/Exton Development, LP**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.